# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA KEHR, on behalf of herself individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLEGHENY HEALTH NETWORK and INTRASYSTEMS, LLC,<br><br>Defendant. | Case No.: 2:25-cv-00149 |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, counsel for Plaintiff Cynthia Kehr certifies that Plaintiff is a resident and citizen of Allegheny County, Pennsylvania.

| | |
|---|---|
| Dated: January 31, 2025 | Respectfully submitted,<br><br>*/s/ Andrew W. Ferich*<br>Andrew W. Ferich (PA 313696)<br>**AHDOOT & WOLFSON, PC**<br>201 King of Prussia Road, Suite 650<br>Radnor, PA 19087<br>Telephone: (310) 474-9111<br>Facsimile: (310) 474-8585<br>aferich@ahdootwolfson.com<br><br>Kenneth J. Grunfeld (PA 8412)<br>Jeff Ostrow (*pro hac vice* to be filed)<br>**KOPELOWITZ OSTROW P.A.**<br>65 Overhill Road<br>Bala Cynwyd, PA 19004<br>Tel.: (954) 525-4100<br>grunfeld@kolawyers.com<br>ostrow@kolawyers.com<br><br>*Counsel for Plaintiff and the Putative Class* |

1